# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

CRESTMONT MM LP d/b/a MERCEDES-BENZ OF MORRISTOWN,

Plaintiff,

v.

NOBILIS GROUP, INC. and NOBILIS ADMINISTRATIVE SERVICES, INC.,

Defendants.

Civil Action No. ____________________

**DECLARATION OF RUSHI MODHA**

I, Rushi Modha, declare as follows:

1. I am the Chief Operating Officer at Nobilis Group, Inc. ("NGI"). I submit this declaration in support of NGI and Nobilis Administrative Services, Inc.'s ("NASI," collectively with NGI, the "Defendants") notice of removal. I have personal knowledge of the facts set forth herein or I have obtained knowledge by reviewing documents kept by Defendants in the regular course of business. If called upon to do so, I could and would competently testify thereto.

2. During the course of Defendants' relationship with Plaintiff Crestmont MM LP d/b/a Mercedes-Benz of Morristown ("Plaintiff" or "Crestmont"), Plaintiff submitted claims for reimbursement for repairs performed at their facility. As of the last active month, March 2026, the total reimbursement requested by Plaintiff for March 2026 was $19,049.50.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 26 day of August, 2026, at Irving, Texas

RUSHI MODHA



207932542.v1